UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: ACCUTANE PRODUCTS  CASE NO: 8:04-MD-2523-T-30TBM
LIABILITY LITIGATION  MDL 1626

CAROLINE BENCZ, etc.

v.  CASE NO: 8:03-CV-2080-T-30TBM

HOFFMANN-LA ROCHE, INC., et al.
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Plaintiffs' Motion for Amended Case Management and Scheduling Order (Dkt. #79). The Court hereby refers the Motion to Magistrate Judge Thomas B. McCoun for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas B. McCoun
Counsel/Parties of Record

F:\Docs\2004\04-md-2523.refer 79.wpd