## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CAROLINE BENCZ, as Personal
Representative of the Estate of James Bencz,
deceased,**

    **Plaintiff,**

v.                                      Case No. 8:03-cv-2080-T-30TBM

**HOFFMAN-LA ROCHE, INC.; ROCHE
LABORATORIES, INC.; F. HOFFMAN-LA
ROCHE LTD.; ROCHE HOLDING, LTD.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #94). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cv-2080.dismissal.wpd